UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Ablitt & Caruolo, P.C.</u>

        v.                   Civil No. 05-cv-390-JD

<u>Donald Cuhna</u>

DISMISSAL FOR LACK OF PROSECUTION

In accordance with the provisions of Local Rule 77.4 (c)(3), as appellant's brief was not received within the time specified by B.R. 8009, this case is herewith dismissed for lack of prosecution.

SO ORDERED.

March 13, 2006                                    /s/Joseph A. DiClerico, Jr.
                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

cc:     William Amann, Esq.
        Raymond DiLucci, Esq.
        Lawrence Sumski, Trustee
        Geraldine Karonis, US Trustee
        Clerk, US Bankruptcy Court